UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AETNA INC.,

      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

      Defendant.
_____/

Case No. 11-15346

Honorable Denise Page Hood

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
MOTION FOR PROTECTIVE ORDER
and
ISSUING SCHEDULING ORDER

      Defendant Blue Cross Blue Shield of Michigan, having filed an Omnibus Motion for Protective Order, seeking 90-day stay for taking of depositions or to stay discovery in the private plaintiff actions pending the resolution of the Department of Justice action in Case No. 10-14155, the parties having filed responses, and the Court having heard oral arguments on the matter, accordingly,

      IT IS ORDERED that Defendant's Omnibus Motion for Protective Order **(Doc. No. 18, filed 2/27/2012)** is GRANTED IN PART and DENIED IN PART.  Depositions shall be stayed until July 31, 2012 and August 1, 2012 so that Defendant will be able to catch up on the e-mail production requests.  The private plaintiffs' actions will not be stayed pending resolution of the Department of Justice action.  The private plaintiffs will be allowed to participate in depositions as noted in the Case Management Order entered in Case No. 10-14155.  Appropriate protective orders may be

submitted by the parties as needed.  A separate scheduling order will be entered in each action.

                               S/Denise Page Hood
                               Denise Page Hood
                               United States District Judge

Dated:  May 17, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 17, 2012, by electronic and/or ordinary mail.

                               S/LaShawn R. Saulsberry
                               Case Manager